## United States District Court for the Northern District of Illinois

Case Number: 07CV6470                    Assigned/Issued By: J. N.

Judge Name: ASPEN                        Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 1115599

Date Payment Rec'd: 11-15-07                  Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                   [ ] Alias Summons

[ ] Third Party Summons                       [ ] Lis Pendens

[ ] Non Wage Garnishment Summons              [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____
                                              _____
[ ] Citation to Discover Assets               (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__3__ Original and __3__ copies on __11-15-07__ as to __ALL DEFENDANTS__
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05