AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOHN SHINES,

    Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER A. GAMINO, Star No. 15730, and CHICAGO POLICE OFFICER C. VIEYRA, Star No. 5735,

    Defendants.

CASE NUMBER: **07C 6470**

ASSIGNED JUDGE: **JUDGE ASPEN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

CHIGAGO POLICE OFFICER C. VIEYRA
Police Headquarters
3510 South Michigan Avenue, 5th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 1 5 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11-20-07 |
| NAME OF SERVER (PRINT)  Aaron Willoughby | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: VIAFFO
Authorize to Accept Service for Officer Vieyra

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-20-07
                  Date

Signature of Server: [signed] Aaron Willoughby

Address of Server: 3152 South Prairie Ave, Chicago IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.