IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN SHINES, | ) | |
|     Plaintiff, | ) | 07 C 6470 |
| | ) | |
| v. | ) | |
| | ) | Judge ASPEN |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Schenkier |
|     Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

    Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel respectfully request this Honorable Court for an extension of time up to and including February 10, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

    In support of this motion, Defendant states:

1. This matter was filed on November 15, 2007 in the United States District Court, Northern District of Illinois.

2. ACC Rita Moran was assigned the case for the City of Chicago on January 10, 2008. The undersigned has not yet had an opportunity to order any of the Chicago Police Department records to enable Defendant City to properly respond to Plaintiff's Complaint.

3. This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

5. Plaintiff's counsel was informed of this motion on January 10, 2007 and agreed to Defendant City's request.

**WHEREFORE**, Defendant, City of Chicago, respectfully request that they be given until February 10, 2008 to answer or otherwise plead to Plaintiff's Complaint.

                                        Respectfully Submitted,

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL

BY:   **/s/ Rita C. Moran**
            RITA C. MORAN
            Assistant Corporation Counsel
            Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 10th day of January, 2008.

      /s/ Rita C. Moran
      RITA C. MORAN