UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

John Shines
                        Plaintiff,

v.                                      Case No.: 1:07−cv−06470
                                                                     Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/15/08:Defendant City of Chicago's Agreed Motion for extension of time, until 2/10/08, in which to answer or otherwise plead [12] to plaintiff's complaint is granted. Motion terminated. The motion hearing set for 1/17/08 is stricken. The status hearing set for 1/17/08 is reset to 2/21/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.