**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6470 |
|---|---|
| John Shines,<br>  Plaintiff, | Honorable Judge Aspen |
| v. | |
| City of Chicago, Illinois, and Chicago Police Officer A. Gamino, Star No. 15730, and Chciago Police Officer C. Vieyra, Star 5735,<br>  Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   A. Gamino, Defendant, and C. Vieyra, Defendant.

| NAME (Type or print) |
|---|
| Matthew R. Hader |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Matthew R. Hader |
| FIRM |
| City of Chicago, Corporation Counsel's Office |
| STREET ADDRESS |
| 30 North LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06284330 | 312.742.9586 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐