IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN SHINES, ) | |
| ) | Case No 07 C 6470 |
| Plaintiff, ) | |
| ) | Judge Aspen |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | |
| A. GAMINO, Star No. 15730, and ) | |
| CHICAGO POLICE OFFICER ) | |
| C. VIEYRA, Star No. 5735, ) | |
| ) | |
| Defendants. ) | |

FILED
FEB - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
John Shines
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 939-9009
Attorney No. 6207030

Date: 1/29/08

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Rita Moran
Assistant Corporation Counsel
30 N. LaSalle Street

_/s/ Matthew R. Hader_
Matthew R. Hader
Assistant Corporation Counsel
Attorney for defendants,
Araceli Gamino and Carlos Vieyra
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
Attorney No. 06284330

Date: 2/6/08

Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No. 06270301

Date: 2/6/08