**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John Shines
         Plaintiff,

v.                Case No.: 1:07−cv−06470
               Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.
         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, February 7, 2008:

  MINUTE entry before Judge Marvin E. Aspen dated 2/7/08: All of the claims of the plaintiff, John Shines, against defendants, City of Chicago, Araceli Gamino and Carlos Vicyra, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. The status hearing set for 2/21/08 is stricken. Enter Order.Civil case terminated. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.