# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN SHINES,         )
             )   Case No 07 C 6470
     Plaintiff,       )
             )   Judge Aspen
    v.         )
             )   Magistrate Judge Schenkier
CITY OF CHICAGO, ILLINOIS, and   )
CHICAGO POLICE OFFICER     )
A. GAMINO, Star No. 15730, and    )
CHICAGO POLICE OFFICER     )
C. VIEYRA, Star No. 5735,      )
             )
     Defendants.     )

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, John Shines, by one of his attorneys, Jeffrey B. Granich, and defendants, Araceli Gamino and Carlos Vieyra, by their attorney, Matthew Hader, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, John Shines, against defendants, City of Chicago, Araceli

Gamino and Carlos Vieyra, are dismissed with prejudice and with each side bearing its own costs

and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.


ENTERED BY: ___Marvin E. Aspen___

The Honorable Marvin E. Aspen
United States District Judge

DATED:___2/7/08___


Matthew R. Hader
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-9586
Attorney No. 06284330