# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| John Shines | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6470 |
| City of Chicago, et al | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that All of the claims of the plaintiff, John Shines, against defendants, City of Chicago, Araceli Gamino and Carlos Vicyra, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.


Michael W. Dobbins, Clerk of Court

Date: 2/7/2008                                           _____

                                                                                   /s/ Gladys Lugo, Deputy Clerk